# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF NORTH CAROLINA

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 1:23MJ244-1 |
| | ) | | |
| FRANCISCO REZA | ) | | |
| *Defendant* | ) | | |

**FILED**
in the Middle District of
North Carolina
6/12/2023
12:47 PM
Clerk, US District Court
By: _____dmk_____

## ORDER SCHEDULING A PRELIMINARY REVOCATION HEARING

A preliminary revocation hearing in this case is scheduled before Magistrate Judge Joe L. Webster as follows:

| Place: | U.S. District Court<br>323 E. Chapel Hill Street<br>Durham, North Carolina | Courtroom No.: | Second Floor |
|---|---|---|---|
| | | Date and Time: | Tuesday, June 20, 2023<br>at 10:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 12, 2023

_____
*Judge's signature*

Joe L. Webster, United States Magistrate Judge
_____
*Printed name and title*